AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARY ELIZABETH NOLAND,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 2:19-108

SYLVIA CARTER, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of April 30, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Plaintiff's complaint is DISMISSED, and Plaintiff is DENIED in forma pauperis status on appeal. This civil action stands CLOSED.

| 04/30/2020 | | John E. Triplett, Acting Clerk |
|---|---|---|
| Date | | Clerk |



*Tara H. Burton*
(By) Deputy Clerk

GAS Rev 10/1/03